UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO. 5:23-cr-00133

ANDREW FLESHMAN

### ORDER

Pending is the United States' Motion to Schedule a Guilty Plea Hearing [Doc. 2]. The Motion is **GRANTED,** and it is **ORDERED** that the hearing be **SCHEDULED** for **September 28, 2023, at 10:30 a.m. in Beckley.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED:   August 28, 2023

Frank W. Volk
United States District Judge