**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO. 5:23-cr-00133

ANDREW FLESHMAN

**ORDER**

Pending is Defendant's Motion to Continue Sentencing Hearing and to Amend Deadlines [Doc. 21]. The Court **GRANTS** the Motion and **ORDERS** as follows:

1.   That the final disposition of this matter previously scheduled for March 28, 2024, is continued to **June 20, 2024, at 10:30 a.m. in Beckley**;

2.   That the Probation Office prepare and forward a draft presentence report to the United States and counsel for the Defendant no later than **May 10, 2024**;

3.   That the United States and counsel for the Defendant file objections to the draft presentence report no later than **May 24, 2024**;

4.   That the Probation Office submit a final presentence report to the Court no later than **June 6, 2024**; and

5.   That the United States and counsel for the Defendant file their respective sentencing memoranda no later than **June 13, 2024**.

The Clerk is directed to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED:    February 13, 2024

Frank W. Volk
United States District Judge